UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CARLOS TORRES, RUBEN MORA, and BOBBY IRIZARRY, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

GRISTEDE'S OPERATING CORP., NAMDOR, INC., GRISTEDE'S FOODS, INC., CITY PRODUCE OPERATING CORP., GRISTEDE'S FOODS NY, INC.,

        Defendants.

------------------------------------ x

No. 04 Civ. 3316 (RMB)

Judge Richard M. Berman

**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1**

Pursuant to Rule 7.1 of the Local Rules for the Southern District of New York, the undersigned counsel of record certifies that the following are corporate or other parents, subsidiaries, or affiliates of defendant Gristede's Operating Corp. that are publicly held:

None.

Pursuant to Rule 7.1 of the Local Rules for the Southern District of New York, the undersigned counsel of record certifies that the following are corporate or other parents, subsidiaries, or affiliates of defendant Namdor, Inc. that are publicly held:

None.

Pursuant to Rule 7.1 of the Local Rules for the Southern District of New York, the undersigned counsel of record certifies that the following are corporate or other parents, subsidiaries, or affiliates of defendant Gristede's Foods, Inc. that are publicly held:

None.

Pursuant to Rule 7.1 of the Local Rules for the Southern District of New York, the undersigned counsel of record certifies that the following are corporate or other parents, subsidiaries, or affiliates of defendant City Produce Operating Corp. that are publicly held:

None.

Pursuant to Rule 7.1 of the Local Rules for the Southern District of New York, the undersigned counsel of record certifies that the following are corporate or other parents, subsidiaries, or affiliates of defendant Gristede's Foods NY, Inc. that are publicly held:

None.

Dated: New York, New York
      August 4, 2004

GIBSON, DUNN & CRUTCHER LLP

By: _____
Mark E. Bini (MB-8361)

200 Park Avenue
47th Floor
New York, New York 10166-0193

Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Attorneys for Defendants
Gristede's Operating Corp., Namdor, Inc., Gristede's Foods, Inc., City Produce Operating Corp., and Gristede's Foods NY, Inc.

80302446_1.DOC