# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CARLOS TORRES, RUBEN MORA,
BOBBY IRIZARRY, LEWIS CHEWNING,
GILBERTO SANTIAGO,
WILLIAM HELWIG, ROBERT MISURACA,
JOSEPH CREMA, MARIO DIPRETA,
VICTOR PHELPS, JOSELITO AROCHO,           No. 04 CV 3316 (PAC)
ALFRED CROKER, DANIEL SALEGNA,
FRANK DELEON, and ROBERT PASTORINO,       **SPECIAL VERDICT FORM**
on behalf of themselves and all others similarly
situated,

                        Plaintiffs, -

        against-


GRISTEDE'S OPERATING CORP.; NAMDOR, INC.;
GRISTEDE'S FOODS, INC.; CITY PRODUCE OPERATING
CORP.; GRISTEDE'S FOODS NY, INC., JOHN
CATSIMATIDIS, JAMES MONOS, and GALO BALSECA,

                        Defendants.

_____

### Co-Manager Lost Wages

1.      Did Gristede's fail to pay Co-Manager Plaintiffs and the Co-Manager Class Members for time they worked for Gristede's benefit?

Yes     _____

No      _____

If your answer is no, go to #3.

2.      If your answer to question 1 is "yes," how much does Gristede's owe Co-Manager Plaintiffs and Co-Manager Class Members in unpaid Overtime Wages and Non-Overtime Wages for each year (or partial year) below?

        a.      1998    $_____

        b.      1999    $_____

c.      2000    $_____

d.      2001    $_____

e.      2002    $_____

f.      2003    $_____

g.      2004    $_____

h.      2005    $_____

i.      2006    $_____

j.      2007    $_____

k.      2008    $_____

l.      2009    $_____

## Department Manager Lost Wages

3.      Did Gristede's fail to pay Department Manager Plaintiffs and the Department Manager Class Members for time they worked for Gristede's benefit?

Yes     _____

No      _____

If your answer is no, go to #5.

4.      If your answer to question 3 is "yes," how much does Gristede's owe Department Manager Plaintiffs and Department Manager Class Members in unpaid Overtime Wages and Non-Overtime Wages for each year (or partial year) below?

a.      1998    $_____

b.      1999    $_____

c.      2000    $_____

d.      2001    $_____

e.      2002    $_____

2

f.    2003    $_____

g.    2004    $_____

h.    2005    $_____

i.    2006    $_____

j.    2007    $_____

k.    2008    $_____

l.    2009    $_____

### Fraud

5.    Did Gristede's engage in fraud with respect to Department Manager Class Members?

Yes    _____

No    _____

If your answer is no, go to #9.

6.    If your answer to question 5 is "yes," was the fraud perpetrated against all Department Manager Class Members or only certain individual Department Manager Class Members?

Individual Department Manager Class Members Only    _____

All Department Manager Class Members    _____

If your answer is All Department Manager Class Members, go to #7.

If your answer is Individual Department Manager Class Members Only, go to #8.

7.    If your answer to question 6 is "All Class Members," please enter the amount of damages you believe Gristede's owes the Class Members as damages for fraud in the space below. Do not answer question 8.

Damages                          Punitive Damages

$ _____        $ _____

3

8.     If your answer to question 6 is "Individual Class Members Only," please list the names of the individual Class Members you find to have proved their fraud claims.  Please list the amount of damages you believe Gristede's owes each of these individuals as damages for fraud next to each individual's name.  If you believe that individual Class Members are entitled to punitive damages, please enter the amount for each below as well.  Do not answer question 7.

| Name | Damages | Punitive Damages |
|------|---------|------------------|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

4

| | |
|---|---|
| $ _____ | $ _____ |
| $ _____ | $ _____ |
| $ _____ | $ _____ |
| $ _____ | $ _____ |
| $ _____ | $ _____ |
| $ _____ | $ _____ |

[PLEASE USE THE BACK OF THIS PAGE TO LIST ADDITIONAL CLASS MEMBERS, IF ANY]

## Retaliation Claims

10.    Please enter the amount of damages you award Carlos Torres for retaliation.

   a.    Economic Damages

         $ _____

   b.    Compensatory Damages

         $ _____

   c.    Punitive Damages

         $ _____

12.    Please enter the amount of damages you award Lewis Chewning for retaliation.

   a.    Economic Damages

         $ _____

   b.    Compensatory Damages

         $ _____

   c.    Punitive Damages

         $ _____

## Individual Liability

13. Do you find that John Catsimatidis is an "employer" under the FLSA and NYLL?

Yes _____

No _____

14. Do you find that Gal Balseca is an "employer" under the FLSA and NYLL?

Yes _____

No _____

15. Do you find that James Monos is an "employer" under the FLSA and NYLL?

Yes _____

No _____

## Single Integrated Enterprise

16. Do you find that Red Apple Group and Defendant Gristede's Operating Corp., Inc. are part of a single integrated enterprise?

Yes _____

No _____

17. Do you find that Red Apple Group and Defendant Gristede's Foods, Inc. are part of a single integrated enterprise?

Yes _____

No _____

18. Do you find that Red Apple Group and Defendant Namdor, Inc. are part of a single integrated enterprise?

Yes _____

No _____

6

# Exhibit F