# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS TORRES, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRISTEDE'S OPERATING CORP., et al.,<br><br>Defendants. | Case No. 04-CV-3316 (PAC) |
| OSCAR AMARO, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRISTEDE'S OPERATING CORP., et al.,<br><br>Defendants. | Case No. 08-CV-8531 (PAC) |
| DAVID BARRETO, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRISTEDE'S OPERATING CORP., et al.,<br><br>Defendants. | Case No. 08-CV-9627 (PAC) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CLASS REPRESENTATIVE SERVICE AWARDS AND RETALIATION PAYMENTS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed

Motion for Class Representative Service Awards and Retaliation Payments and in the

Declaration of Justin M. Swartz in Support of Plaintiffs' Unopposed Motion for Class

Representative Service Awards and Retaliation Payments and the supporting exhibits attached

thereto, Plaintiffs respectfully request that the Court enter an Order granting service awards to for Class Representatives Plaintiffs Carlos Torres, Ruben Mora, Bobby Irizarry, Lewis Chewning, Gilberto Santiago, William Helwig, Robert Misuraca, Joseph Crema, Mario DiPreta, Victor Phelps, Joselito Arocho, Alfred Croker, Daniel Salegna, Frank DeLeon, and Robert Pastorino in the amount of $15,000 each, in recognition of the services that they rendered on behalf of the class, and payments to Plaintiff Torres and Plaintiff Chewning, in the amount of $40,000 each, in consideration for the release of his individual retaliation claims.

Dated:  New York, New York
        December 6, 2010

Respectfully submitted,
**OUTTEN & GOLDEN LLP**
By:
/s/ Justin M. Swartz
Justin M. Swartz (JS 7989)

Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Molly A. Brooks (MB 2350)
**Outten & Golden LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000

Attorneys for Plaintiffs and the Class