```
09/12/2013 THU 16:27 FAX                                                    ☒002/003
```

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Justin M. Swartz
Wendi S. Lazar
Kathleen Peratis
Jack A. Raisner
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian
Ossai Miazad
Cara E. Greene
Rachel M. Bien

# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Lewis M. Steel
Paul W. Mollica
Molly Brooks
Nantiya Ruan

Deirdre A. Aaron
Sally Abrahamson
  *Not admitted in New York*
Delyanne D. Barros
Katherine Blostein
Jessie R. Cardinale
Cyrus E. Dugger
Jennifer Liu
Carmel Mushin
Melissa Pierre-Louis
Michael Scimone
Amber C. Trzinski
Juno Turner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/12/13

September 12, 2013

**By Facsimile (212) 805-7933**
Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, NY 10007

RECEIVED
SEP 12 2013
CHAMBERS OF
ANDREW J. PECK

Re:   *Torres v. Gristede's Operating Corp.*, No. 04 Civ. 3316 (PAC) (AJP)

Dear Judge Peck:

We are Class Counsel in the above-referenced matter. Pursuant to the August 22, 2013 Order for Settlement Conference, Dkt. 480, we write to inform the Court that Justin Swartz, lead counsel and a partner at Outten & Golden, LLP, will be attending the conference and has full authority to settle the attorneys' fees and costs.

We request relief from Your Honor's requirement that a client be present at the settlement conference scheduled for September 19, 2013. Order for Settlement Conference, Dkt. 480. Plaintiffs' and the Class Members' claims settled, and they received all settlement payments. This conference will address attorneys' fees and costs only. In order to avoid requiring our clients to miss work to attend this conference, we request permission to attend without them.

**MEMO ENDORSED** 9/12/13
APPROVED

We appreciate the Court's consideration of this request.

Respectfully submitted,

Molly Brooks

Molly A. Brooks

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

cc:   Kevin J. N **NOTICE:**
      Letters and appropriate letter motions now may
      3 Park (and should) be filed via ECF. See Judge Peck's
      6 Landn "Individual Rules and Practices" ¶¶ 1(A), 1(E) &
      203 Nord 2(B).



Honorable Andrew J. Peck
September 12, 2013
Page 2 of 2

        Nicholas C. Katsoris, Esq. (via email)
        Emily Pankow, Esq. (via email)
        Ira N. Glauber, Esq. (via email)
        Justin M. Swartz, Esq. (via email)

09/12/2013 THU 16:28 FAX                                                    ☒003/003



**Attorneys at Law**

3 Park Ave., 29th Floor
New York, New York 10016

Tel: (212) 245-1000
Fax:: (212) 977-4005
og@outtengolden.com
www.outtengolden.com

---

| | | | |
|---|---|---|---|
| **Date:** | 9/12/13 | Number of pages including cover: | 3 |

**To:** Honorable Andrew J. Peck

**Company:** United States District Court

**Recipient's Fax:** (212) 805-7933

**Sender:** Molly Brooks

**Sender's Phone #:** (212) 245-1000

**Sender's E-mail:** mbrooks@outtengolden.com

**Re:** Torres v. Gristede's Operating Corp., No. 04 Civ. 3316 (PAC) (AJP)

---

**\* \* \* NOTICE OF CONFIDENTIALITY \* \* \***

*This facsimile is confidential and may contain legally privileged material. It is intended solely for the addressee. Any disclosure, reproduction or distribution, other than by the intended addressee, is prohibited. If you received this facsimile in error, please call us immediately and return the original to us at the address above. We will reimburse you for the cost of the telephone call and the postage. Thank you*

**If you have problems receiving this transmission, please contact us as soon as possible at (212) 245-1000**