OUTTEN & GOLDEN LLP

Attorneys for Workplace Fairness

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Justin M. Swartz
Wendi S. Lazar
Kathleen Peratis
Jack A. Raisner
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian
Ossai Miazad
Cara E. Greene
Rachel M. Bien

Lewis M. Steel
Paul W. Mollica
Molly Brooks
Nantiya Ruan
Deirdre A. Aaron
Sally Abrahamson
  *Not admitted in New York
Delyanne D. Barros
Katherine Blostein
Jessie R. Cardinale
Cyrus E. Dugger
Jennifer Liu
Carmel Mushin
Melissa Pierre-Louis
Michael Scimone
Amber C. Trzinski
Juno Turner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/18/2013

MEMO ENDORSED 9/18/13

SO ORDERED:

September 18, 2013
Andrew J. Peck
United States Magistrate Judge

RECEIVED
SEP 18
BY FAX                BY ECF

**By Facsimile (212) 805-7933**
Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, NY 10007

Re: *Torres v. Gristede's Operating Corp.*, No. 04 Civ. 3316 (PAC) (AJP)

Dear Judge Peck:

We are Class Counsel in the above-referenced matter. This afternoon, Defendants informed us that four lawyers will attend tomorrow's settlement conference and that John Catsimatidis, the 100% owner, president, and CEO of Gristede's, will not be present. In our experience in over nine years of litigation, including a prior mediation of fees and costs, Mr. Catsimatidis is the only person in the Gristede's organization with settlement authority. As Judge Crotty put it, "it is pellucidly clear that [Mr. Catsimatidis] is the one person who is in charge of the corporate defendant." *Torres v. Gristede's Operating Corp*, No. 04 Civ. 3316, 2011 WL 4571792, at *8 (S.D.N.Y. Sept. 9, 2011). We believe settlement cannot be reached without Mr. Catsimatidis and request that the Court require him to attend, or in the alternative, require him to attend any subsequent settlement conferences, if tomorrow's conference is unsuccessful.

We would have brought this to the Court's attention sooner had Defendants complied with the August 22, 2013 Order for Settlement Conference, Dkt. 480.

We appreciate the Court's consideration of this request.

Respectfully submitted,

Molly A. Brooks

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
6 Landmark Square, Suite 400, Stamford, CT 06901  Tel 203-363-7888  Fax 203-363-0333
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
og@outtengolden.com   www.outtengolden.com

**Mr. Catsimatidis is to attend tomorrow's settlement conference.**

**Copies Fax & ECF: All Counsel**
                                  **Judge Crotty**

Honorable Andrew J. Peck
September 18, 2013
Page 2 of 2

cc: Nicholas C. Katsoris, Esq. (via email)
    Emily Pankow, Esq. (via email)
    Ira N. Glauber, Esq. (via email)
    Justin M. Swartz, Esq. (via email)