UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CARLOS TORRES, et al.,

        Plaintiffs,

    -against-

GRISTEDE'S FOODS, INC., et al.,

        Defendants.
------------------------------------- x:

04 Civ. 3316 (PAC) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/19/13

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement as to attorneys' fees reached by all parties and transcribed by the court reporter on September 19, 2013, IT IS HEREBY ORDERED THAT this action is dismissed, provided, however, that plaintiff may reinstate the action within 60 days hereof if defendants do not make the payment under the settlement. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:     New York, New York
              September 19, 2013

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                     Judge Paul A. Crotty

C:\ORD\DISMISS